| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | William | | Armstrong |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: District of New Jersey (State) | | | |
| Case number: 02-41355-NLW | | | |

Form 1340 (12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ 1,000.00 |
|---|---|
| Claimant's Name: | Rhandall J Thorpe |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 845 Field Ave<br>Plainfield NJ 07060<br><br>Phone number: (908) 561-8568<br>Email address: |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [x] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

| | |
|---|---|
| **3. Supporting Documentation** | |
| ☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application. | |
| **4. Notice to United States Attorney** | |
| ☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address: | |

Office of the United States Attorney<br>
District of New Jersey<br>
Peter Rodino Federal Building<br>
970 Broad Street, Suite 700<br>
Newark, New Jersey   07102

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 22 Jul 2021 | Date: |
| *Rhandall J Thorpe* (signature)<br>Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Rhandall J Thorpe<br>Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Address: 845 Field Ave<br>Plainfield NJ 07060 | Address: |
| Telephone: (908) 561-8568 | Telephone: |
| Email: | Email: |

## GENERAL AFFIDAVIT

The within named person (Affiant), __Rhandall J Thorpe__, who is a resident of __Union__ County, State of __New Jersey__, personally came and appeared before me, the undersigned Notary Public, and makes this his/her statement, testimony and General Affidavit under oath or affirmation, in good faith, and under penalty of perjury, of sincere belief and personal knowledge that the following matters, facts, and things set forth are true and correct, to the best of his/her knowledge:

> In regards to the 2002 William Armstrong Bankruptcy I am the creditor that was listed under claims for Randy Thorp instead of Thorpe in error. I formerly lived at 25 Norwood Ave, Plainfield NJ 07060 which is the address on the claim dated 5/1/2003.

Dated this __22__ day of __July__, 20__21__.

__Rhandall J Thorpe__
Signature of Affiant

===============================================================================

State of __New Jersey__
County of __Union__

Subscribed and sworn to, or affirmed, before me on this __22__ day of __July__, 20__21__ by Affiant __Rhandall Thorpe__.

__Barbara Smith__
Signature of Notary Public

__Sept 21, 2021__
My Commission Expires: